IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREMAYNE D. CARROLL

      Plaintiff,                    No. 2:13-cv-00131 DAD P

      vs.

EDMUND G. BROWN,

      Defendant.               <u>ORDER</u>

                                 /

         Plaintiff is a state prisoner proceeding pro se. On January 23, 2013, plaintiff filed a motion for injunctive relief, temporary restraining order, waiver of in forma pauperis, and appointment of counsel (Doc. No. 1). Because plaintiff failed to include a case number on the heading of the document he filed with this court as required by the Local Rules, his motion was understandably opened by the Clerk of the Court as a new case. However, court records show that plaintiff has a pending action with this court, <u>Carroll v. Brown</u>, Case No. 2:12-02584 GEB DAD P. The allegations in plaintiff's recently filed motion are similar to the allegations included in the complaint he filed in Case No. 2:12-02584 GEB DAD P. Thus, it appears that due to plaintiff's omission of the case number on his motion, this new action was opened in error. Therefore, the court will direct the Clerk of the Court to place a copy of the motion for injunctive relief, temporary restraining order, motion for waiver of in forma pauperis, and motion for

1  appointment of counsel in Case No. 2:12-02584 GEB DAD P, and to close this duplicative
2  action.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1. The Clerk of the Court is directed to place a copy of plaintiff's January 23,
5  2013 motion for injunctive relief, motion for temporary restraining order, motion for waiver of in
6  forma pauperis, and motion for appointment of counsel (Doc. No. 1) in Case No. 2:12-02584
7  GEB DAD P, using the January 23, 2013 filing date; and
8        2. This action is administratively closed.
9  DATED: March 5, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
carr131.close